AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Missouri

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

TWITTER ACCOUNTS 748794737390260224 AND 782409406596067333 THAT ARE STORED AT PREMISES CONTROLLED BY TWITTER

Case No. 4:17 MJ 1028 JMB

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Northern District of California *(identify the person or describe the property to be searched and give its location)*:

TWITTER ACCOUNTS 748794737390260224 AND 782409406596067333 THAT ARE STORED AT PREMISES CONTROLLED BY TWITTER

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See AttachmentS A&B.

**YOU ARE COMMANDED** to execute this warrant on or before January 20, 2017 *(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10:00 p.m. ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to Honorable John M. Bodenhausen, U.S. Magistrate Judge.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for ____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of ____________.

Date and time issued: 1/6/17 2:15 pm

*Judge's signature*

City and state: St. Louis, MO

Honorable John M. Bodenhausen, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

**Return**

| Case No.: 4:17 MJ 1028 JMB | Date and time warrant executed: 1/9/17 10:39am | Copy of warrant and inventory left with: Twitter |
|---|---|---|

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

Twitter provided records/content on January 11, 2017.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/19/2020

*Executing officer's signature*

SA Kyle Storm

*Printed name and title*